

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2020

No. 04-19-00642-CV & 04-19-00795-CV

David **RODRIGUEZ**,
Appellant

v.

Richard R. **STORM** Jr.; Law office of Shelton & Valadez; Mark A. Giltner; William Tate; and Stephen Martinez; H-E-B, Jointly and Severally William Tate, Jointly and Severally and as employee of H-E-B L.P., Stephen Martinez Jointly and Severally and as employee of H-E-B L.P., Meredith Reid as employee of H-E-B L.P, Jointly and Severally, Debra Ann Godoy as employee of H-E-B L.P. et al.
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-13590 & 2019CI16263
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

After reviewing the parties and issues presented in the two appeals, this court consolidated appeals 04-19-00642-CV and 04-19-00795-CV.

On March 23, 2020, Appellant David Rodriguez moved this court to set aside the order consolidating the appeals. The motion is DENIED.

On the same date, Appellant moved this court to strike Appellee Richard R. Storm Jr.'s notice to this court that he was adopting the other appellees' briefs as his own in both appeals. Appellant David Rodriguez asserted that Richard R. Storm Jr. is not a party to the cause underlying appeal number 04-19-00795-CV and Storm is not entitled to any relief in that appeal.

In disposing of these appeals, this court will not grant any party any relief to which that party is not entitled. The motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2020.



Michael A. Cruz,
Clerk of Court